UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                               CASE NO. 07-40096-TLH4
                                                     CHAPTER 13
ALFRED EDWARD BROST

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 396118 in the amount of 15.69 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
ALFRED EDWARD BROST            CHEVRON CREDIT BANK, N.A.
577 N.E. HILLSIDE TERRACE      2001 DIAMOND BLVD
LEE,  FL  32059-4827           P.O. BOX 5010 SECT 230
                               CONCORD, CA 94524-0010
AND

J. RANDALL FRIER, ESQ.
1682 METROPOLITAN CIRCLE,
SUITE A
TALLAHASSEE, FL 32308
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
7/30/2010  1:30 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```