**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                           CASE NO. 07-40096-TLH4
                                                 CHAPTER 13
ALFRED EDWARD BROST

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

    **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 397999 in the amount of 15.54 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                             OFFICE OF THE CHAPTER 13 TRUSTEE
                             POST OFFICE BOX 646
                             TALLAHASSEE, FL 32302
                             ldhecf@earthlink.net
                             (850) 681-2734 "Telephone"
                             (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
ALFRED EDWARD BROST         CHEVRON CREDIT BANK, N.A.
577 N.E. HILLSIDE TERRACE   2001 DIAMOND BLVD
LEE,  FL  32059-4827        P.O. BOX 5010 SECT 230
                            CONCORD, CA 94524-0010
AND

J. RANDALL FRIER, ESQ.
1682 METROPOLITAN CIRCLE,
SUITE A
TALLAHASSEE, FL 32308
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
8/27/2010  1:46 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
</pre>